| | |
|---|---|
| 1 | David T. Biderman (SBN 101577) |
| 2 | Farschad Farzan (SBN 215194) |
|   | **PERKINS COIE LLP** |
| 3 | Four Embarcadero Center, Suite 2400 |
|   | San Francisco, California 94111 |
| 4 | Telephone: (415) 344-7000 |
|   | Facsimile: (415) 344-7050 |
| 5 | Email: DBiderman@perkinscoie.com |
| 6 | Email: FFarzan@perkinscoie.com |

Floyd Abrams (*pro hac vice* application to be submitted)
Dean Ringel (*pro hac vice* application to be submitted)
Adam Zurofsky (*pro hac vice* application to be submitted)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

Attorneys for Defendant The McGraw-Hill Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, | CASE NO.: 09-03629-JCS |
| Plaintiffs, | **JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100, | Judge: Hon. Joseph C. Spero |
| Defendants. | |

1  Pursuant to Local Rule 6-1(a), the parties jointly submit this Stipulation.

2  WHEREAS, on July 9, 2009, Plaintiff California Public Employees' Retirement System ("CalPERS") filed its complaint entitled *California Public Employees' Retirement System v. Moody's Corp. et al.* in the Superior Court for the State of California, San Francisco County. This case was assigned in state court the index number of CGC-09-490241;

3  WHEREAS, on August 7, 2009, Defendants Moody's Corp., Moody's Investors Service, Inc. (together, "Moody's"), The McGraw-Hill Companies, Inc. ("McGraw-Hill") and Fitch, Inc., Fitch Group, Inc., and Fitch Ratings, Ltd. (together, "Fitch", and collectively with Moody's and McGraw-Hill, the "Defendants") filed a Notice of Removal based on diversity jurisdiction, which was assigned Case No. 09-03628-SI;

4  WHEREAS, on August 7, 2009, Fitch separately filed a Notice of Removal based on diversity jurisdiction and the Class Action Fairness Act of 2005, which was assigned Case No. 09-03629-JCS;

5  WHEREAS, Defendants have filed an Administrative Motion to Relate the two removed, identical actions;

6  WHEREAS, CalPERS intends to file a Motion to Remand the two actions as currently designated Case No. 09-03628-SI and Case No. 09-03629-JCS, or any consolidated action, to the Superior Court of the State of California, County of San Francisco; and

7  WHEREAS, Defendants intend to oppose CalPERS' Motion to Remand.

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

(1) Defendants' time to respond to CalPERS' Complaint in the two actions as currently designated Case No. 09-03628-SI and Case No. 09-03629-JCS, or any consolidated action, shall be extended to forty-five (45) days following the final determination by this Court of CalPERS' Motion to Remand.

| | |
|---|---|
| 1 | August 13, 2009 |
| 2 | Respectfully Submitted, |
| 4 | _____/s/_____ |
| | David T. Biderman (SBN 101577) |
| | Farschad Farzan (SBN 215194) |
| 5 | **PERKINS COIE LLP** |
| | Four Embarcadero Center, Suite 2400 |
| 6 | San Francisco, CA 94111 |
| | Telephone: (415) 344-7000 |
| 7 | Facsimile: (415) 344-7050 |
| 8 | Floyd Abrams (*pro hac vice* application to be submitted) |
| | Dean Ringel (*pro hac vice* application to be submitted) |
| 9 | Adam Zurofsky (*pro hac vice* application to be submitted) |
| | **CAHILL GORDON & REINDEL LLP** |
| 10 | 80 Pine Street |
| | New York, New York 10005 |
| 11 | Telephone: (212) 701-3000 |
| | Facsimile: (212) 269-5420 |
| 12 | |
| 13 | Attorneys for The McGraw-Hill Companies, Inc. |
| 14 | _____/s/_____ |
| | Keith E. Eggleton (SBN 159842) |
| 15 | David A. McCarthy (SBN 226415) |
| | **WILSON SONSINI GOODRICH & ROSATI** |
| 16 | Professional Corporation |
| | 650 Page Mill Road |
| 17 | Palo Alto, CA 94304 |
| | Telephone: (650) 493-9300 |
| 18 | Facsimile: (650) 565-5100 |
| 19 | Joshua M. Rubins (*pro hac vice* application to be submitted) |
| | James J. Coster (*pro hac vice* application to be submitted) |
| 20 | Glenn C. Edwards (*pro hac vice* application to be submitted) |
| | **SATTERLEE STEPHENS BURKE & BURKE LLP** |
| 21 | 230 Park Avenue, 11th Floor |
| | New York, New York 10169 |
| 22 | Telephone: (212) 818-9200 |
| | Facsimile: (212) 818-9606 |
| 23 | |
| 24 | Attorneys for Moody's Corp. and Moody's Investors Service, Inc. |

3

JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03629-JCS

|     |     |
| --- | --- |
| 1   | /s/ |
| 2   | Stephen E. Taylor (SBN 58452)<br>Jayesh Hines-Shah (SBN 214256)<br>Jonathan A. Patchen (SBN 237346) |

```
                                        /s/
                          _____
                          Stephen E. Taylor (SBN 58452)
                          Jayesh Hines-Shah (SBN 214256)
                          Jonathan A. Patchen (SBN 237346)
                          TAYLOR & COMPANY LAW OFFICES, LLP
                          One Ferry Building, Suite 355
                          San Francisco, California  94111
                          Telephone:  (415) 788-8200
                          Facsimile:  (415) 788-8208

                          Attorneys for Defendants Fitch, Inc., Fitch Group, Inc., and Fitch
                          Ratings, Ltd.



                                        /s/
                          _____
                          Joseph J. Tabacco (SBN 75484)
                          James Magid (SBN 233043)
                          BERMAN DEVALERIO
                          425 California Street, Suite 2100
                          San Francisco, California  94104
                          Telephone:  (415) 433-3200
                          Facsimile:  (415) 433-6382

                          Attorneys for Plaintiff California Public Employees' Retirement
                          System
```

Dated: August 14, 2009                                         With respect to C09-3629 JCS only. JCS

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

4

JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No. 09-03629-JCS