EVAN A. DAVIS (*Pro Hac Vice Application to be Submitted*)
CARMINE D. BOCCUZZI JR. (*Pro Hac Vice Application to be Submitted*)
LAUREN K. HANDELSMAN (*Pro Hac Vice Application to be Submitted*)
RYAN T. BECKER (*Pro Hac Vice Application to be Submitted*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
E-mail: edavis@cgsh.com
E-mail: cboccuzzi@cgsh.com
E-mail: lhandelsman@cgsh.com
E-mail: rbecker@cgsh.com

STEPHEN E. TAYLOR (SBN 58452)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendants FITCH, INC., FITCH GROUP, INC. and FITCH RATINGS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD., and DOES 1 THROUGH 100,<br><br>Defendants. | Case No.: CV-09-03628 (SI)<br><br>**[PROPOSED] ORDER ADMITTING CARMINE D. BOCCUZZI TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS FITCH, INC., FITCH GROUP, INC. AND FITCH RATINGS LTD.**<br><br>Honorable Susan Illston |

Based on the application and supporting declaration of Carmine D. Boccuzzi to appear as counsel *pro hac vice* on behalf of defendants Fitch, Inc., Fitch Group, Inc. and Fitch Ratings, Ltd. filed concurrently herewith in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED that Carmine D. Boccuzzi may appear as counsel *pro hac vice* on behalf of defendants Fitch, Inc., Fitch Group, Inc. and Fitch Ratings, Ltd.

DATED:_____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

1.

[PROPOSED] ORDER ADMITTING CARMINE D. BOCCUZZI TO APPEAR AS COUNSEL *PRO HAC VICE* ON BEHALF OF DEFENDANTS FITCH, INC., FITCH GROUP, INC. AND FITCH RATINGS, LTD.
CASE NO.: CV-09-03628 (SI)

TAYLOR & CO.
LAW OFFICES, LLP