1  David T. Biderman (SBN 101577)
2  Farschad Farzan (SBN 215194)
   **PERKINS COIE LLP**
3  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5  Email: DBiderman@perkinscoie.com
   Email: FFarzan@perkinscoie.com
6
7  Floyd Abrams (*pro hac vice* application to be submitted)
   Dean Ringel (*pro hac vice* application to be submitted)
8  Adam Zurofsky (*pro hac vice* application to be submitted)
   **CAHILL GORDON & REINDEL LLP**
9  80 Pine Street
   New York, NY 10005
10 Telephone: (212) 701-3000
   Facsimile: (212) 269-5420
11
12 Attorneys for Defendant The McGraw-Hill Companies, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16

17

18 CALIFORNIA PUBLIC EMPLOYEES'        CASE NO.: 09-03628-SI
   RETIREMENT SYSTEM,
19                                     **[PROPOSED] ORDER ADMITTING**
              Plaintiffs,              **DEAN RINGEL TO APPEAR AS**
20                                     **COUNSEL PRO HAC VICE ON**
       v.                              **BEHALF OF DEFENDANT THE**
21                                     **MCGRAW-HILL COMPANIES, INC.**
   MOODY'S CORP., MOODY'S INVESTORS
22 SERVICE, INC., THE MCGRAW-HILL
   COMPANIES, INC., FITCH, INC., FITCH
23 GROUP, INC., FITCH RATINGS, LTD. AND
   DOES 1 THROUGH 100,
24
              Defendants.
25

26

27

28

_____
                [PROPOSED] ORDER PRO HAC VICE APPLICATION

1    Based on the application and supporting declaration of Dean Ringel to appear as counsel

2 pro hac vice on behalf of defendant The McGraw-Hill Companies, Inc. filed concurrently

3 herewith in this action, and good cause appearing therefore,

4    IT IS HEREBY ORDERED that Dean Ringel may appear as counsel pro hac vice on

5 behalf of defendant The McGraw-Hill Companies, Inc.

6

7 Dated: _____          _____

8                                          Honorable Susan Illston
                                           United States District Court Judge

9

10   70164-0006/LEGAL17014592.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER PRO HAC VICE APPLICATION