ORIGINAL

David T. Biderman (SBN 101577)
Farschad Farzan (SBN 215194)
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: FFarzan@perkinscoie.com

Floyd Abrams (*pro hac vice* application to be submitted)
Dean Ringel (*pro hac vice* application to be submitted)
Adam Zurofsky (*pro hac vice* application to be submitted)
**CAHILL GORDON & REINDEL LLP**
80 Pine Street
New York, NY 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420

Attorneys for Defendant The McGraw-Hill Companies, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM,<br><br>Plaintiffs,<br><br>v.<br><br>MOODY'S CORP., MOODY'S INVESTORS SERVICE, INC., THE MCGRAW-HILL COMPANIES, INC., FITCH, INC., FITCH GROUP, INC., FITCH RATINGS, LTD. AND DOES 1 THROUGH 100,<br><br>Defendants. | CASE NO.: 09-03628-SI<br><br>**[PROPOSED] ORDER ADMITTING DEAN RINGEL TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF DEFENDANT THE MCGRAW-HILL COMPANIES, INC.** |

Case 3:09-cv-03629-SI   Document 82   Filed 09/23/09   Page 2 of 2

Based on the application and supporting declaration of Dean Ringel to appear as counsel pro hac vice on behalf of defendant The McGraw-Hill Companies, Inc. filed concurrently herewith in this action, and good cause appearing therefore,

IT IS HEREBY ORDERED that Dean Ringel may appear as counsel pro hac vice on behalf of defendant The McGraw-Hill Companies, Inc.

Dated: _____

_____
Honorable Susan Illston
United States District Court Judge

70164-0006/LEGAL17014592.1

2

[PROPOSED] ORDER PRO HAC VICE APPLICATION