**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                           General Court Number
Clerk                                                                                                                    415.522.2000

November 12, 2009

San Francisco County Superior Court
400 McAllister Street
San Francisco CA 94102

RE:  CV 09-03628 SI    CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM-v-MOODY&#039;S CORP (CONSOLIDATED With CV 09-3629 SI)
        Your Case Number: (CGC-09-490241)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (X)    Certified copies of docket entries

    (X)    Certified copies of Remand Order

    ()     Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                Sincerely,

                                RICHARD W. WIEKING, Clerk

                                /s/

                                by:  Yumiko Saito
                                Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg