**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

**FILED**
NOV 1 8 2009
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 12, 2009

San Francisco County Superior Court
400 McAllister Street
San Franciso CA 94102

**ENDORSED**
**FILED**
Superior Court of California
County of San Francisco

RE: CV 09-03628 SI   CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM-v-MOODY&#039;S CORP (CONSOLIDATED With CV 09-3629 SI)
Your Case Number: (CGC-09-490241)

GORDON PARK-LI, Clerk
BY: _____KAREN LIU_____
Deputy Clerk

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk
/s/
by: Yumiko Saito
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg